**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
Carol Valentine

                                                    Plaintiff,          **Declaration of**
                                                                        **Ronald Epstein**

              -against-

Aetna Life Insurance Company                                           Civ  Action: 2:14-cv-01752
                                                                       Hon. Joseph F. Bianco
      ,                                                                Defendants.

-----------------------------------------------------X


Carol Valentine, pursuant to 28 U.S.C. Sec. 1746(2) declares under the penalties of perjury the
following.

  1.  I am Counsel to the Plaintiff herein.

  2.  I make this declaration in support of Plaintiff's Cross Motion for Summary Judgment

      and in opposition to Defendant's Motion.

  3.   I was counsel to the Plaintiff during her intra company appeal as well as in the within

      Action.

  4.  Attached hereto as Ex. 1 is the documentation provided by AETNA Pursuant to our

      demand for discovery.[1]

  5.  Attached hereto as Ex. 2 is the Defendant's response to Plaintiff's discovery requests

  6.  Attached hereto as Ex. 3 is a copy of Plaintiff's final proceeds check from AETNA.

  7.   Subsequent to receiving the partial denial on appeal I requested reopening of the claim

      because I was never advised that AETNA was seeking further documentation of

---

[1] All references are to the page numbers affixed to documents by AETNA. Page numbers  "1" to "105" refer to the
Plan Documents submitted as Exhibit "A" to Defendant's motion for Summary Judgement.
Page numbers "106" through "837" are submitted by Aetna as the "claim file" as Exhibit "B" to Defendant's
motion.  "838" to "898" were produced by AETNA under objection as response to Plaintiff's request for further
documentation and attached to Plaintiff's cross motion as "Ex 1" to Ronald Epstein's Declaration.  It is Plaintiff's
contention that this documentation are properly includeable in the "administrative record".

disability after the submission of the appeal in December, 2012 and I was never advised that Defendants peer review Doctor was having difficulty contacting Dr. Sirois.

8. My letter and further records are contained in Ex 1.

9. Aetna denied my request and refused to forward the submitted records to their doctor.

10. After the partially favorable decision was received Ms. Wing continued to refuse a part of the proceeds due.

11. All of my conversations with Ms. Wing are not contained in the records provided but Aetna's legal counsel finally directed Aetna to pay the full proceeds due in November 2011, over 6 months from when Aetna determined they were due.

12. Aetna did not produce notes pertaining to this payment or the conversation Ms. Wing had with others in AETNA while processing this document. A copy is attached hereto as Exhibit 3.

13. I am an Attorney at Law admitted to practice before this Court.  This declaration is made upon my personal knowledge to be submitted to the court in connection with Plaintiff's Cross Motion for Summary Judgment.

I declare under penalty of perjury that the
Foregoing is true and correct.

Dated : November ___ , 2014

Ronald L. Epstein

.

# PLAINTIFF'S EXHIBIT

1

Client Name: Hubbard Broadcasting, Inc.

| | |
|---|---|
| Last Name: | VALENTINE |
| Employee ID: | 1604473458 |
| Claim ID: | 5464356 |

| | |
|---|---|
| First Name: | CAROL |
| Date of Birth: | 12/01/2008 |
| Date of Hire: | |

| | |
|---|---|
| Middle Initial: | M |
| Age: | 53 |
| Gender: | F |

Work State: MN

Preferred Contact: 57 Phone (Home)

We want you to know.™

ℵAetna

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Image Notes: | | | | | | | |

| Correspondence - Appeals | 3/1/13 | Closed | 3/5/13 11:41 am | ANA MOLINA | ASHUTOSH NARAYAN SINGH | ANA MOLINA | 3/5/13 11:41 am |

Image Description: Policy copy

Image Notes:

| Appeal Follow Up For Claim File | 3/4/13 | Closed | 3/4/13 11:54 am | ANA MOLINA | ANA MOLINA | ANA MOLINA | 3/5/13 11:54 am |

Appeal ID: 7149116

Comments: All the information related to the appeal claim has been scanned. No further follow-ups are needed from Appeals at this time... amolina

| Interdepartmental Contact | 3/7/13 | Closed | 3/7/13 4:06 pm | ELIZABETH WING | ANA MOLINA | ELIZABETH WING | 3/7/13 4:06 pm |

Please enter the interdepartmental contact information

Please note that EE has attorney representation. Please direct any communication w/Attorney: Ron Epstein at 516-249-1342

************************************

Claim summary & pertinent case info

| Appeal Notification Of     Determination | 3/1/13 | Closed | 3/7/13 4:07 pm | ELIZABETH WING | ANA MOLINA | ELIZABETH WING | 3/7/13 4:07 pm |

Authorization From: 06/11/2012

Authorization Thru: 06/30/2012

Appeal Decision: Partially Overturned

Report Date: 03/26/2014

CONFIDENTIALITY NOTICE: This communication may contain private, confidential or privileged information. This communication is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return email and delete the original message.

Page 107 of 127

VALENTINE 000838

We want you to know™

✕Aetna™

| Client Name: | Hubbard Broadcasting, Inc. | Last Name: | VALENTINE | First Name: | CAROL | Middle Initial: | M |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Work State: | MN | Employee ID: | 1604473458 | Date of Birth: | | Age: | 53 |
| Preferred Contact: | ███████ Phone (Home) | Claim ID: | 5464356 | Date of Hire: | 12/01/2008 | Gender: | F |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |

Decision Reason:

Decision Rationale: Medical information suggests disability

Impairments include chronic neuropathic pain affecting the face, abdomen, diminished immunosuppression, diminished memory & poor concentration. These effects & impairments are noted from 12/14-3/30/12. It is reasonable that these impairments will continue for another 6 months through 6/30/12. There is a lack of claim findings from 7/1/12, cognitive levels, or functional exam correlation RE RTW 8/20/12

Decision By: Appeal Coordinator

Appeal Assigned To: 3149326

Phone: 6932407

| Employer Contact Email | 3/7/13 | Closed | 3/7/13 4:26 pm | ELIZABETH WING | ELIZABETH WING | ELIZABETH WING | 3/7/13 4:26 pm |

To Address List: mmorgan@hub.com

CC Address List:

Do Not Send No

Comments

| Benefit Level Authority Review | 3/7/13 | Closed | 3/7/13 5:05 pm | KELLY WIERS | KELLY WIERS | KELLY WIERS | 3/7/13 5:05 pm |

Please enter the internal work note: approval limit exceeded Benefit Level Authority Review created

| Benefit Payment Not Approved | 3/7/13 | Closed | 3/12/13 1:04 pm | ELIZABETH WING | ELIZABETH WING | ELIZABETH WING | 3/12/13 1:04 pm |

Please enter the internal work note: Benefit Payment Not Approved Task created

Report Date: 03/25/2014

Aetna

| Client Name: | Hubbard Broadcasting, Inc. | | Last Name: | VALENTINE | First Name: | CAROL | Middle Initial: | M |
|---|---|---|---|---|---|---|---|---|
| Work State: | MN | | Employee ID | 160473458 | Date of Birth: | | Age: | 53 |
| Preferred Contact: | XXX-XXX-0857 (Home Phone) | | Claim ID | 5464356 | Date of Hire: | 12/01/2008 | Gender: | F |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Initial SSDI Review Task | 3/13/13 | Closed | 3/13/13  8:10 am | ELIZABETH WING | ELIZABETH WING | ELIZABETH WING | 3/13/13  8:10 am |

Plan Name — LT

Work Status — Not At Work

Status — Approved

Reason — Disability Supported

App Start Date — 6/11/2012 12:00:00 AM

App Thru Date — 6/20/2012 12:00:00 AM

Claim Owner — ELIZABETH WING

Claimant Preferred Address — Home Address

City — EAST HAMPTON

State — New York

Zip — 11937

Primary Diagnosis — ICD9 : 350.9 - TRIGEMINAL NERVE DISORDER, UNSPECIFIED

Disability Date — 12/14/2011 12:00:00 AM

Management End Date —

Social Security Type — Disability

Social Security Type — Disability

Level — Initial

Level — Monitoring

Status — Pending

Status — Pending

Status Date — 5/7/2010 12:00:00 AM

VALENTINE 000840

We want you to know™
Aetna

| Client Name: | Hubbard Broadcasting, Inc. | Last Name: | VALENTINE | First Name: | CAROL | Medical Status: | M |
|---|---|---|---|---|---|---|---|
| Work State: | MN | Employee ID: | 160473458 | Date of Birth: | | Age: | 53 |
| Preferred Contact: | ...phone (Home) | Claim ID: | 54643356 | Date of Hire: | 12/01/2008 | Goodman | F |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Status Date | | | | 3/12/2013 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/2021 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/9001 12:00:00 AM | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Notes | | | | Allsup Note: Allsup reviewed and deferred representation at this time. Allsup will begin monitoring and will follow-up in one month to review LTD status or updated function and function documentation. Monitoring | | | |
| Plan of Action | | | | | | | |

| Update Medical Authorization Form | 3/18/13 | Closed | 3/16/13 3:26 am | ELIZABETH WING | WKAB SYSTEM | WKAB SYSTEM | 3/16/13 3:26 am |
|---|---|---|---|---|---|---|---|
| Mailing Method | | | | | | | |
| Do Not Send | | | | | | | |
| Comments | | | | | | | |
| Minimum Billable Hours | | | | | | | |
| BHU Billable Hours | | | | | | | |
| Maximum Billable Hours | | | | | | | |

Report Date:   03/25/2014

VALENTINE 000841

**Aetna**

Client Name: Hubbard Broadcasting, Inc.    Last Name: VALENTINE    First Name: CAROL    Middle Initial: M

Work State: MN    Employee ID: 160473458    Date of Birth: ~~~~    Age: 53

Preferred Contact: ~~~~ (H57) Phone (Home)    Claim ID: S464356    Date of Hire: 12/01/2008    Gender: F

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Correspondence - Appeals | 3/25/13 | Closed | 4/1/13 3:04 pm | ANA MOLINA | ASHUTOSH NARAYAN SINHA | ANA MOLINA | 4/1/13 3:04 pm |

Image Description: Letter from attorney requesting to reopen LTD w/progress notes

Image Notes:

Date Medical Received: 03/25/2013

Type of Information Recd-select all that apply: Office/progress notes

If Other Information Received, please describe:

Provider Name:

Diagnosis:

If Other, please specify:

CPT Search:

CPT Code:

CPT4 Description:

Procedure Date:

Date of Disability: 12/14/2011

RTW Date (if provided):

Notes: Appeal date closed 3/1/13

Plan of Action: Will review correspondence received
Will review correspondence received

| | Scheduled | | | Completed | | Last | |
|---|---|---|---|---|---|---|---|
| Attorney Contact | 4/2/13 | Closed | 4/2/13 1:41 pm | ANA MOLINA | | ANA MOLINA | 4/2/13 2:01 pm |

VALENTINE 000842

✕ Aetna™

We want you to know'

| Client Name: | Hubbard Broadcasting, Inc. | Last Name | VALENTINE | First Name: | CAROL | Middle Initial: | M |
| Work State: | MN | | Employee ID | 160473458 | Date of Birth: | ●●●●●●●● | Age | 53 |
| Preferred Contact: | ●●●●●●●●●● Phone (Home) | | Claim ID | 5464356 | Date of Hire: | 12/01/2008 | Gender: | F |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

Contact Reason: Follow Up

Attorney Representation: Yes

Litigation Status: Not Applicable

Notes: As received unm from Matty. Confirmed receipt to Mr. Ronald Epstein. She wanted to confirm receipt of the letter, dated 3/25/13. She wanted to find out if we can proceed in a 835 information. To C/O at 516 248 1242.

Plan of Action: As returned by and I/w Matty. Confirmed receipt of letter, dated 3/25/13. Advised that we cannot consider new information received w/the letter. Appeal for decision dated 3/1/13. A letter will be mailed confirming the same. Advised that A5 will process request for claim file and all docs per request of letter dated 3/25/13 from attorney. Matty w/indicated understanding.

Contact Outcome: Completed Process exhaust letter and process are read for next date to attorney

| Correspondence - Incoming | 4/1/13 | Closed | 4/2/13  5:46 pm | ELIZABETH WING | ROHIT SINGH | ELIZABETH WING | 4/2/13  5:46 pm |

Image Description: CORR

Image Notes:

| Medical Authorization Form | 4/1/13 | Closed | 4/2/13  5:47 pm | ELIZABETH WING | WEP SERVICE | ELIZABETH WING | 4/4/13  4:54 pm |

Please enter the Image Notes: HIPAA

Medical Release Status: YES  Online

Medical Release Image #

Medical Release Date: 03/26/2013

Do you want to update Claim Detail Screen? YES

Report Date:  01/25/2014

Page 112 of 177

Aetna

| Client Name: | Hubbard Broadcasting, Inc. | Last Name: | VALENTINE | First Name: | CAROL | Middle Initial: | M |
| Work Status: | MN | Employee ID: | 160473458 | Date of Birth: | | Age: | 53 |
| Preferred Contact: | ...ne (Home) | Claim ID: | 5464356 | Date of Hire: | 12/01/2008 | Gender: | F |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Correspondence - Appeals | 4/2/13 | Closed | 4/4/13 4:49 pm | ANA MOLINA | EMPHENDRA SINGH | ANA MOLINA | 4/4/13 4:44 pm |
| Image Description: | | | | Exhaust letter to attorney | | | |
| Image Notes: | | | | | | | |
| Appeal Work Note | 4/4/13 | Closed | 4/4/13 4:52 pm | ANA MOLINA | ANA MOLINA | ANA MOLINA | 4/4/13 4:52 pm |
| Please enter the internal work note | | | | As requested for Appeal Assistance to send copy of claim file to attorney, incl. copy of policy. | | | |
| Appeal Work Note | 4/5/13 | Closed | 4/5/13 5:24 pm | BEVERLY SMART | BEVERLY SMART | BEVERLY SMART | 4/5/13 5:24 pm |
| Please enter the internal work note. | | | | Claim file and Policy mailed to the claimant's attorney, items 1, 5 (sent), via UPS 2nd day air | | | |
| | | | | Tracking # 1Z ZXA 569 02 9781 0767 | | | |
| Life Notification Task | 3/7/13 | Closed | 4/10/13 3:44 pm | NY LIFE UNIT QUEUE USER 1 | ELIZABETH WING | TERESA BURNS | 4/10/13 3:44 pm |
| Control Number | | | | 04/3282 | | | |
| Date of Disability | | | | 12/14/2011 12:00:00 AM | | | |
| Date of Death | | | | | | | |
| Life User Management Options | | | | Continue to send Life Updates on this claim | | | |
| Claim Status | | | | Approved | | | |
| Status Reason | | | | Disability Supported | | | |

Report Date:   03/26/2014

VALENTINE 000844

**✕Aetna**

We want you to know™

| Client Name: | Hubbard Broadcasting, Inc. | | Last Name | VALENTINE | First Name | CAROL | Middle Initial | M |
|---|---|---|---|---|---|---|---|---|
| Work State: | MN | | Employee ID: | 160473458 | Date of Birth: | [redacted] | Age: | 53 |
| Preferred Contact: | | ...e (Home) | Claim ID: | 54643556 | Date of Hire: | 12/01/2008 | Gender: | F |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Correspondence - Appeals | 4/8/13 | Closed | 4/16/13 7:20 am | ANA MOLINA | ROHIT SINGH | ANA MOLINA | 4/16/13 7:20 am |

Start Date: 6/11/2012 12:00:00 AM
Thru Date: 6/30/2012 12:00:59 AM
Image Description: Copy of letter and tracking # for copy of claim file to attorney
Image Notes:

| LTD Claimant Interview | 4/11/13 | Closed | 4/12/13 6:05 pm | KAREN GROKLUND | ELIZABETH WING | KAREN GROKLUND | 4/11/13 6:05 pm |
|---|---|---|---|---|---|---|---|

Completed Contact Type:  Employee
If Attorney or "Other" Please define:

Notes:
Claim was originally denied at the II level and re-appealed. The claim was overturned and supported for only a brief period of time.

STS reviewed the claim and asked for clarification re Pawel and co prior to approving benefits and closing the claim

EBM is working with attny re: other income and will also discuss claim further with STS.

EBM would like to have interview task closed as it has now gone back to appeals (ssdi in EBM's ID, but attny has sent additional info for appeals to review).

TL claim review:
I have reviewed claim, agree with closing the task and following up with attorney.
TL K Groklund

Plan of Action

Report Date:   01/25/2014

Page 1 of 122

Aetna

| Client Name: | Hubbard Broadcasting, Inc. | | Last Name: | VALENTINE | First Name: | CAROL | | Middle Initial: | M |
| Work State: | MN | | Employee ID: | 160473456 | Date of Birth: | | | Age: | 53 |
| Preferred Contact: | (Home) | | Claim ID: | 54464356 | Date of Hire: | 12/01/2008 | | Gender: | F |

| Task Name & Task Details: | Scheduled Date | Completed Date | Task Status | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| LTD Disability Determination | 4/15/13 | 4/15/13 4:48 PM | Close | KELLY WIERS | ELIZABETH WING | KELLY WIERS | 4/15/13 10:41 am |

| | |
|---|---|
| Disability Date | 12/14/2011 12:00:00 AM |
| Benefit Begin Date | 6/11/2012 12:00:00 AM |
| Has claimant eligibility been confirmed? | Yes |
| Is this a pre-existing condition? | Not Applicable |
| If Yes, what is the date of last treatment? | |
| Have you reviewed for potential participatory exclusions? | Yes |
| Have all applicable effects been applied? | Yes |
| Has the functionality vs. job requirements been addressed before disability determination? | Yes |
| Do objective/clinical findings support ongoing disability? | Yes |
| Is the claimant disabled per plan/policy definition of disability? | Yes |
| Disability Determination | Approval |
| Tier | Tier 2 |
| Partial Earnings | Yes |
| Pension | Yes |
| Salary Continuation/State Cash/STD | Yes |
| Third Party | Yes |
| Workers Comp. | Not Applicable |
| Other | Not Applicable |
| If Other | |

Report Date   02/25/2014

VALENTINE 000846

**✕Aetna**
We want you to know®

| Client Name: | Hubbard Broadcasting, Inc. | Last Name: | VALENTINE | First Name: | CAROL | Middle Initial: | M |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Work State: | MN | | | Employee ID: | 1604473458 | Date of Birth: | 12/01/2008 | Age: | 53 |
| Preferred Contact: | Phone (Home) | | | Claim No.: | 54643356 | Date of Hire: | | Gender: | F |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | | Originator | | Last Updated By | | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**Rationale for decision:**

Claim was closed/denied for non medical support

Claim was overturned on appeal & on 7/11/2013 due the following:

Impairments include chronic neuropathic pain all testing t.e face, allegedly stimulated neurocognition, diminished memory, & poor concentration. These effects & impairments are noted from 12/14/2008/12. It is reasonable that these impairments will continue for another 3 months through 6/31/12. There is a lack of exam findings from 7/1/12, cognitive exam, or functional exam correlation. EE RTW 8/7/2012.

Approve claim from CEO of 6/11/2012 and thru thru 6/20/2012 as EE is not supported after this date and thru or 6/20/2012

After discussion with STD, will pay claim at min ben until the following is recd from attny:

* All required payroll
* **Overpayment report**
* **Copy of Settlement agreement re lump sum to recd from ER

see above

I have reviewed claim and agree with partial reinstatement.
Kelly Wilern STS

**Plan of Action:**

**Comments**

| LTD RTW Status Change | | | | ELIZABETH WING | | | ELIZABETH WING | 4/15/13  1:57 pm |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Reconsideration | 4/16/13 | Closed | 4/16/13  3:16 pm | ELIZABETH WING | | | | |
| Status: | | | | Terminated | | | | |
| Status Reason: | | | | Disability Not Supported | | | | |
| Status Change Date | | | | 4/16/2013 10:59:15 AM | | | | |
| Rationale | | | | EE was not daily supported from ced thru 6/20/2012 | | | | |
| Plan of Action: | | | | Pay claim accordingly at min ben until all info is recd from attny. | | | | |

Report Date:  01/25/2014

Page 116 of 172

**CONFIDENTIALITY NOTICE...

✚ Aetna™
We want you to know™

| Clent Name: | Hubbard Broadcasting, Inc. | Last Name: | VALENTINE | First Name: | CAROL | Middle Initial: | M |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Work State: | MN | Employee ID: | 160473458 | Date of Birth: | | Age: | 53 |
| Preferred Contact: | | Claim ID: | 5464356 | Date of Hire: | 12/01/2008 | Gender: | F |

Preferred Contact: ~~Phone (Home)~~

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Employer Contact Email | 4/16/13 | Closed | 4/16/13 12:44 pm | ELIZABETH WING | ELIZABETH WING | ELIZABETH WING | 4/16/13 1:22 pm |
| To Address List | | | | nnnoraw@hbi.com | | | |
| CC Address List | | | | | | | |
| Do Not Send | | | | No | | | |
| Comments | | | | | | | |

| LTD Determination FU Contact | 4/15/13 | Closed | 4/16/13 1:53 pm | ELIZABETH WING | KELLY WIESS | ELIZABETH WING | 4/15/13 5:40 pm |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Contact Type | | | | Other | | | |
| If other, please specify: | | | | Attorney | | | |
| Disability Determination | | | | Approved | | | |
| Benefits Authorized Thru: | | | | 5/30/2012 12:00:00 AM | | | |
| Plan of Action: | | | | C/W EE's atty, Ron Egstrom and advised in order to properly pay her benefits, we would need additional financial info, unemployment earnings, and the lump sum amount and reason EE received it from ER. He said that was a personal matter and does not relate to the disability. I advised this may be true, however, we need a copy of what the settlement entailed for our review prior to rehabilitating the claim, as EE recd it after she went out on disability. He said he would need this recd in writing and that I could e-mail it to him at ron@stephanlawfirm.com. I advised I will do so. He said we could find ee's earnings in the appeals but I said I would take a look and that he did not have any other info re: unemployment than what we already have on file. I said so I have an amount that was given on DRO - we're affecting this amount currently. | | | |
| Contact Outcome: | | | | Completed | | | |

CONFIDENTIALITY NOTICE: the information contained in this communication, including attachments, may contain privileged and confidential information that is intended only for the use of the intended recipient, or the employee or agent responsible for the delivery of the message. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited...

VALENTINE 000848

We want you to know™

✕ Aetna

| Client Name: | Hubbard Broadcasting, Inc. | Last Name: | VALENTINE | First Name: | CAROL | Middle Initial: | M |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | 160473458 | Date of Birth: | | Age: | 53 |
| Work State: | MN | Claim ID: | 5464356 | Date of Hire: | 12/01/2008 | Gender: | F |
| Preferred Contact | Phone (Home) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Benefit Level Authority Review | 4/18/13 | Closed | 4/22/13 11:59 pm | MARY BYRNES | ELIZABETH WING | MARY BYRNES | 4/30/13   8:22 am |

Please enter the internal work note

approval limit exceeded Benefit Level Authority Review created

| Authority Review Completed | 4/22/13 | Closed | 4/23/13   9:02 am | ELIZABETH WING | MARY BYRNES | ELIZABETH WING | 4/30/13   8:22 am |
|---|---|---|---|---|---|---|---|

Please enter the internal work note.

Authority Review Completed task created

| Follow Up SSDI Review Task | 4/30/13 | Closed | 4/29/13   2:54 pm | ELIZABETH WING | Laura Miller | Laura Miller | 4/30/13   8:22 am |
|---|---|---|---|---|---|---|---|
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Social Security Type | | | | Disability | | | |
| Level | | | | Initial | | | |
| Level | | | | Monthpay | | | |
| Level | | | | Not Collected | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status | | | | Pending | | | |
| Status Date | | | | 5/7/2010 12:00:00 AM | | | |
| Status Date | | | | 3/12/2013 12:00:00 AM | | | |
| Status Date | | | | 4/29/2013 12:00:00 AM | | | |
| Entitlement Date | | | | 1/1/2001 12:00:00 AM | | | |

Report Date:   05/29/2014

Page 1/8 of 127

VALENTINE 000849

We want you to know™

ᴁ Aetna

| Client Name: | Hubbard Broadcasting, Inc. | Last Name: | VALENTINE | First Name: | CAROL | Middle Initial: | M |
|---|---|---|---|---|---|---|---|
| Work Status: | MN | | Employee ID: | 1604473455 | Date of Birth: | | Age: | 53 |
| | | Claim ID: | 5464356 | Date of Hire: | 12/01/2008 | Gender: | F |
| Preferred Contact: | Phone (Home) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Entitlement Date | | | | 4/1/9631 12:00:00 AM | | | |
| Entitlement Date | | | | 1/11/2011 12:00:00 AM | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Individual Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Add'l Earnings Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Dependent Amount | | | | 0 | | | |
| Notes | | | | Aetna has received involvement of claim because Aetna has closed claim. | | | |
| Plan of Action | | | | If claim is reinstated, DBW should notify MLGIP. | | | |

| Correspondence - Incoming | 4/29/13 | Closed | 4/30/13  8:30 am | ELIZABETH WING | SANDEN KUMAR | ELIZABETH WING | 4/30/13  8:33 am |
| Image Description | | | | Letter from Attny | | | |
| Image Notes: | | | | | | | |

| Life Notification Task | 4/16/13 | Closed | 5/13/13  6:15 am | NA LIFE UNIT QUEUE USER 3 | ELIZABETH WING | LYNDA GREEN | 5/13/13  6:15 am |
| Control Number | | | | 0473282 | | | |

Report Date:  03/25/2014

Page 119 of 127

VALENTINE 000850

✕Aetna
We want you to know™

| Client Name | Hubbard Broadcasting, Inc. | | Last Name | VALENTINE | | First Name | | Policy Break | M |
|---|---|---|---|---|---|---|---|---|---|
| Work State | MN | | Employee ID | 160473458 | | Date of Birth | 12/01/2008 | Age | 53 |
| Preferred Contact | Phone (Home) | | Claim ID | 54643356 | | Date of Hire | | Gender | F |

| Task Name & Task Details | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| Date of Disability | | | | 12/04/2011 12:00:00 AM | | | |
| Date of Death | | | | | | | |
| Life User Management Options | | | | Continue to send LUS Notifications on this claim | | | |
| Claim Status | | | | Terminated | | | |
| Status Reason | | | | Disability Not Supported | | | |
| Start Date | | | | 7/1/2012 12:00:00 AM | | | |
| Thru Date | | | | | | | |
| Correspondence - Incoming | 5/17/13 | Closed | 5/22/13 4:21 pm | ELIZABETH WING | SANJABAY MISHRA | ELIZABETH WING | 5/22/13 5:51 pm |
| Image Description | | | text med 17-Phys or 4/29/2013 | | | | |
| Image Notes | | | | | | | |
| Correspondence - Appeals | 2/5/14 | Closed | 7/13/14 12:33 pm | KELLY WIERS | BHUMCHOA SEVEH | KELLY WIERS | 7/13/14 12:51 pm |
| Image Description | | | | Letter from attorney | | | |
| Image Notes | | | | Letter from Attorney | | | |
| Internal Worknote | 2/24/14 | Closed | 2/24/14 1:25 pm | KELLY WIERS | KELLY WIERS | KELLY WIERS | 2/24/14 1:26 pm |

Report Date  02/25/2014

Page 120 of 123

VALENTINE 000851

**✕ Aetna**
We want you to know™

| Client Name: | Hubbard Broadcasting, Inc. | | Last Name: | VALENTINE | | Middle Initial: | M |
|---|---|---|---|---|---|---|---|
| | | | First Name: | CAROL | | | |
| | | | Emp Date ID: | 1604473455 | | Age: | 53 |
| Work Status: | MN | | Date of birth: | | | Gender: | F |
| Preferred Contact: | ▆▆▆▆▆▆ Phone (Home) | | Claim ID: | 5464356 | | Date of Hire: | 12/01/2006 | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Please enter the internal work note.

Fyi to determine how to proceed with attorney's request.

per TL response will be handled by TL Tara Johnson.

STS will direct team involvement at this time.
K. Wilers STS

| BES Correspondence | 3/24/14 | Closed | 3/24/14 5:55 pm | ELIZABETH EWING | SANTOSH KUMAR | SANTOSH KUMAR | 3/24/14  5:55 pm |

Image Description
Image Notes

| Attorney Contact | 3/24/14 | Closed | 3/24/14 9:26 pm | KELLY WILERS | KELLY WILERS | KELLY WILERS | 3/24/14  9:25 pm |

Contact Reason:                    Notification
Attorney Representation:            Yes
Litigation Status:                 Active No EE Contact
Notes:                             Lawsuit Filed
Plan of Action:                    Special Handling Contact legal with any questions.
Contact Outcome:                   Completed

Lawsuit

CONFIDENTIALITY NOTICE: This communication, along with any documents, files or attachments, is intended only for the use of the person or entity to which it is addressed and may contain confidential and/or privileged information that is protected under law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading or saving in any manner.

Report Date: 03/25/2014

Page 22 of 127

VALENTINE 000852

**Aetna**

| Client Name: | Hubbard Broadcasting, Inc. | | Last Name: | VALENTINE | First Name: | CAROL | Middle Initial: | M |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Employee ID: | 160473458 | Date of Birth: | | Age: | 53 |
| Work State: | MN | | Claim ID | 5464356 | Date of Hire | 12/01/2008 | Gender: | F |

| Primary Contact: (Name) | | | | Claim Owner | Originator | Last Updated By | Date Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | | | | |

## Notes Trending by Claim Status

| | Total | Cases |
| --- | --- | --- |
| Total | 173 | 173 |
| Correspondence - Appeals | 15 | 15 |
| Employee Contact | 14 | 14 |
| Internal Worksite | 11 | 11 |
| Correspondence - Incoming | 9 | 9 |
| Appeal Work Note | 5 | 5 |
| Attorney Contact | 5 | 5 |
| Call Tracking | 5 | 5 |
| Analysis/Review Medical Records | 3 | 3 |
| Clinical Consultant Referral | 3 | 3 |
| Employer Contact Email | 3 | 3 |
| Financial Authorization | 3 | 3 |
| Follow Up Provider Contact | 3 | 3 |
| Interdepartmental Contact | 3 | 3 |

Report Date: 07/25/2014

Page 172 of 177

VALENTINE 000853

| Client Name: | Hubbard Broadcasting, Inc. | Last Name: | VALENTINE | First Name: | CAROL | Middle Initial: | M |
|---|---|---|---|---|---|---|---|
| Work State: | MN | Employee ID: | 160473458 | Date of Birth: | | Age: | 53 |
| Preferred Contact: | [redacted] (Home) | Conn ID: | 5464356 | Date of Hire: | 12/01/2006 | Gender: | F |

| Task Name & Task Details | Scheduled Date | Task Status | Completed Date | Claim Owner | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|

| | Total | Closed |
|---|---|---|
| Life Notification Task | 3 | 3 |
| Medical Authorization Form | 3 | 3 |
| Medical Records | 3 | 3 |
| Appeal Employer Tolling Notification | 2 | 2 |
| Appeal Tolling(STD/LTD) | 2 | 2 |
| Benefit Level Authority Review | 2 | 2 |
| BES Correspondence | 2 | 2 |
| Claim Owner Reassignment | 2 | 2 |
| Clinical Consultant Review | 2 | 2 |
| Clinical Review Acknowledgement | 2 | 2 |
| Fax Form Confirmation Task | 2 | 2 |
| LTD Claimant Interview | 2 | 2 |
| LTD Clinical Provider Contact | 2 | 2 |
| LTD Determination EE Contact | 2 | 2 |
| LTD Disability Determination | 2 | 2 |

Report Date:  03/25/2014

VALENTINE 000854

Ⅺ Aetna™
We want you to know™

| Client Name: | Hubbard Broadcasting, Inc. | Last Name: | VALENTINE | First Name: | CAROL | Middle Initial: | M |
|---|---|---|---|---|---|---|---|
| | | Employee ID: | 160473458 | Date of Birth: | | Age: | 53 |
| Work State | MN | Claim ID: | 5464356 | Date of Hire: | 12/01/2008 | Gender | F |
| Preferred Contact: | Phone (Home) | | | | | | |

| Task Name & Task Details: | Scheduled Date | Task Status | Completed Date | Claim Owner | | Originator | Last Updated By | Date Last Updated |
|---|---|---|---|---|---|---|---|---|

| | Total | Closed |
|---|---|---|
| Other Income Questionnaire | 2 | 2 |
| Peer Review | 2 | 2 |
| Other Notes which are not in the Above Categories | 54 | 54 |

***CONFIDENTIALITY NOTICE***This confidential reply with its attachments, is intended only for the use of the individual or entity to whom it is addressed, and may contain information that is privileged and confidential...

Report Date:  03/25/2014

Page 124 of 127

VALENTINE 000855



Note Summary

Number of Notes Updated by Date (By Month)

VALENTINE 000856





VALENTINE 000858

Page 1 of 3

## Benefit Information:

Client Name: Hubbard Broadcasting
Employee ID: 030249057

Last Name: VALENTINE
Claim ID: 500456

First Name: GARY
Product: LTD

Middle Initial: A
Work Status: Not at work

Employee SSN:

**Payment Method:** CHECK

| Benefit | Payment Days | | |
|---|---|---|---|
| Benefit | Payroll Schedule: MONTHLY | | |

**Benefit Payments History:**

Payment Status Filter:

**Payment Status Filter:**

Filter Payments | Clear Filter



KELLY-JEPS: Per DOL/IL received unemployment and/or other terms of income that need to be "investigated." DTS provided detailing how salary was calculated per contract commissions, bonuses, and other overages. Per 12 P.a.: This claim relates forth determines how salary calc'd. [9/20/2013 11:11 PM]

I. HARDIN: When Approval had occurred, payments suspended and a "benefit level Authority Review arranged to determine approval. Every limit ($50.00) exceeded, the actual Gross Daily Amount in these payments. $5584.24 Aggregate, thee ($6,000.00) exceeded, the Aggregate Amount on these payments. $5,778.00

| | | 11/01/2013 02:02 PM | U | 11/06/2013 2327374 | | | 06/11/2013/ 06/30/2012 $5,830.2509 $5,830.2500 $5,830.2500 $5,830.2500 $5,930.30 |

Paid

**Offsets:**

| Effective Date | End Date | Offset Description | Offset Type | Amount ($) | Frequency | Lump Sum ($) |
|---|---|---|---|---|---|---|
| 06/11/2012 | 06/30/2012 | Other Employer Income | Deduct from Gross Benefit | 7000 | Flat | |
| 06/11/2012 | 06/30/2012 | Unemployment Benefit | Deduct from Gross Benefit | 1170 | Flat | |

**Deductions:**

| Effective Date | End Date | Deduction Description | Deduction Type | Tax Type | Amount ($) | Frequency | Frequency | Frequency | Payee |
|---|---|---|---|---|---|---|---|---|---|

03/25/2014

VALENTINE 000860

Page 3 of 3

05/29/2014



VALENTINE 000861



Claim Number 5464256

## Authorization For Aetna To Request Protected Health Information Necessary To Process A Disability Claim

Please Read The Following Carefully Before Completing Your Authorization. You May Refuse To Sign This Authorization. (See Section 6.)

1. Member Information. (Information About Person For Whom This Authorization Is Requested.)

2. This form requests a Member's unconditional authorization for Aetna to ask another person or organization to disclose Member's Protected Health Information ("PHI") to Aetna for the purpose of processing my disability claim.

3. The specific PHI we are asking you to authorize Aetna to request is (This section completed by Aetna.)

4. If you prefer to authorize the request of only selected categories of information, please indicate below which types of information may be disclosed. (This section completed by Member.)

☐ Health (This includes medical, physical, mental and mental health information.)
☐ Behavioral Health (This includes mental and alcohol/drug/abuse treatment.)
☐ Disability   ☐ Life Insurance   ☐ Long Term Care   ☐ Workers Compensation
☐ Other (please specify)

5. By signing this form, you will authorize Aetna to request PHI described above from the following persons or organizations (or classes of persons or organizations.)

6. Expiration of this Authorization

Please review and complete important information on the reverse of this form

WKAB                                                           R P30

VALENTINE 000863

03/25/2014

Claim Number: 5464356

Employee Name

**7.   Important: Your signature below means that you understand and agree to the following:**

- You authorize Aetna to request from the persons or organizations named above, the PHI described above, for the purposes stated above.

- The information to be disclosed may be protected by law. In some instances, once this authorization may be released and no longer protected by federal privacy regulation.

- Failure to complete this authorization and/or furnishing information necessary for the processing of your disability claim, which may result in a disability claim denial. Failure to complete this form will not however impact your receipt of medical services from provider.

- You may revoke this Authorization at any time by notifying Aetna in writing, but disability notice must actual Aetna has taken action we have received your revocation and will be relied on it that the action taken.

- You may request a copy of this form. If you request it in writing from the address listed below.

**8.   Signature of Member or Legal Representative**

| Signature of Member or Legal Representative | Date |
|---|---|

If not the Member, describe your relationship to Member:
- ☐ Caregiver
- ☐ Legal Representative
- ☐ Other

If Member's legal representative is signing this Authorization, you must furnish a copy of the health care power of attorney, guardianship appointment, or other document giving the representative.

**NOTICE TO RECIPIENT(S) OF INFORMATION (Section 2. above)**

The Genetic Information Nondiscrimination Act of 2008 (GINA) protects employees of others who may covered by GINA from discrimination by using the genetic information of an individual or family member of the individual, except as otherwise allowed by the law. To comply with this law, we are asking that you not provide any genetic information when responding to the request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member, or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

Return this completed form to:   Attn:
Aetna Life Insurance Company
PO Box 14560
Lexington, KY 41512-4560

Telephone Number:   1-866-326-1380
Fax Number:   1-877-267-3920

03/25/2014

VALENTINE 000865

[[EMAIL SUBJECT: VALENTINE, C - Claim ID: 54643560]

Client Name: Hubbard Broadcasting, Inc
Employee Name: MS CAROL VALENTINE
Employee ID: N/A
Work State: Minnesota
Preferred Contact #: 9-763?23-0857
Claim Number: 5c64356
Date of Hire: 12-01-2002

LTD Plan Name, LP Claim Status: Terminated

First Day Absent: 12-14-2011
Last Actual Day Worked: 12-13-2011

Disability Date: 12-14-2011
Date of Accident (if applicable): 12-14-2011
Benefit Begin Date: 6-11-2012
Benefit End Date: 12-31-2029
Approved Through: 04-30-2012
Total # of Days Approved: 20
Max Benefit End Date: 12-31-2029

*Projected return to work date: Unknown

Status: Terminated
Reason: Disability Not Supported
Return to work Information
Work Status: Not At Work
Exemption:

From Date: 07-01-2012

Claim Owner: ELIZABETH WING
Phone: 1-866-326-1380?2
Fax Extension: 1967?0

# WORKABILITY
## BACK END SCAN HEADER SHEET

*Instructions:*

Complete this sheet with all the required information. Attach this sheet, with a staple, to the documents to be back end scanned and place in the designated bin within your service center's administrative unit.  *This sheet is not to be used for Aetna legacy documents to be scanned into the STR application.*

Claimant's Last Name:  Valentine

Claimant's First Name: Carol

Claimant's SSN / Employee ID: 0205000857

Employer / Policy Holder:  Hubbard Broadcasting Inc.

Workability Claim Number: 5464356

Document Type: Lawsuit

Submitter's Name: K. Wiers

Date of Submittal:  03/24/2014

*All documents for back end scan into Workability will be bulk mailed bi-weekly to ACS by each service center's administrative support unit. The ACS mailing address for Back End Scan documents is:*

ACS
Attn: Aetna Group Disability - Workability
101 Yorkshire Boulevard
Lexington, KY 40509

DCN: 140324165490 PAGE: 001 SEQUENCE: SWF0324202404990001

VALENTINE 000867

3/24/2014 4:54 PM                     AETNA -> 18666671982                          Page 1 of 3



# Fax Message

To:      WKAB

Fax:     18666671982

From:    Wiers, Kelly L.

Date:    2014-03-24 4:54 PM
Pages:   1 of 3 (including this page)
Subject:

<u>Disclaimer:</u>
This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

DCM: 140324185490 PAGE: 003 SEQUENCE: SWF0324201404990001

VALENTINE 000868

VALENTINE 000869



# Fax Message

To:       wkab

Fax:      8666671987

From:     Wing, Elizabeth A

Date:     5/22/2013 1:05 PM
Pages:    1 of 5 (including this page)
Subject:  Claim # 5464356; req to attny

Disclaimer:
This message is intended only for the use of the individual or entity to which it is addressed
and may contain confidential and/or proprietary information. If you are not the intended
recipient or the employee or agent responsible for delivering the message to the intended
recipient, you are hereby notified that any dissemination, distribution, or copying of this
communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number
above.

NOTICE TO RECIPIENT(S) OF INFORMATION:
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by
federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this
information by you without the express written consent of the person to whom it pertains or as
otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or
other information is NOT sufficient for this purpose. The federal rules restrict any use of the
information to criminally investigate or prosecute any alcohol or drug abuse patient.

VALENTINE 000873

Elizabeth Wing
Aetna Life Insurance Company
Long Term Disability Benefits Manager
207-791-7770

VALENTINE 000874



Hello Mr. Epstein,

In order for Aetna to properly assess and calculate Carol Valentine's Long Term Disability benefits, we must have the following information:

1) A copy of the settlement between Carol and her employer, Hubbard Broadcasting, Inc. We realize you have advised this was a personal matter, and does not pertain to Carol's disability claim; however, we will need to review the settlement for our assessment.
2) Wages/documentation of Carol's unemployment benefits

Upon receipt of this information, we will continue to process Carol's disability claim.

If you have any questions, please feel free to call me.

Sincerely,

Elizabeth Wing

Aetna Life Insurance Company

Ph #207-791-7770

Fax #866-667-1987

VALENTINE 000875

DCN: 130522072739 PAGE: 007 SEQUENCE: SWF0522201302462001

VALENTINE 000876

# aetna℠

## Facsimile Cover Sheet

**To:** Mr. Ronald Epstein
**Company:** Grey and Grey
**Phone:** 516-249-1342
**Fax:**

**From:** Elizabeth Wing
**Company:** Aetna Life Insurance Company
**Phone:** 207-791-7770
**Fax:** 866-667-1987

**Date:** 4/30/2013
**Total pages:** 2

**Comments:** Re: Carol Valentine

This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.

DCN: 130522072739 PAGE: 009 SEQUENCE: SWF05272201302462001

VALENTINE 000877

From:                                    04/26/2013 16:38    #637 P.001/001

GREY & GREY, L.L.P.
ATTORNEYS AT LAW
360 MAIN STREET
FARMINGDALE, NEW YORK 11735
Tel. (516) 249-1342

DAVID P. GREY - SR.E.
ROBERT E. GREY
BRIAN P. O'KEEFE
KEVIN M. PLANTE
DANIEL A. DUTTON
ALISSA P. GARDOS
SHERMAN B. KERNER
FRANK T. GILHARD

FELIGE M. EPT'*
RONALD L. EPSTEIN
PETER D. FO
STEVEN D. RHOADS
SASHA SHAFEEK
WILLIAM C. MCFARLAN, JR
CHRISTA M. COLLINS
SAMANTHA P. MCAVRON
DANIEL OCARLSTON
* Continu

OFFICES AT:
277 BROADWAY - SUITE 408
NEW YORK, NY 10007
(212) 964-1342
................................
118-21 QUEENS BLVD.
SUITE 618
FOREST HILLS, NY 11375
(718) 268-5300
................................
SUFFOLK: PORT JEFFERSON
Tel. (631) 249-1342
................................
N.Y.S. Lic. Work. Comp. Rep.
DELIA M. MASON

April 26, 2013

Re:    Claimant:    Carol Valentine
       Disability Claim Case No. 5464356
       Employer: Hubbard Broadcasting, Inc.

VIA FACSIMILE (866-667-1987)

Elizabeth Wing
LTD Claims Analyst
Aetna Life Insurance Company
P.O. Box 14560
Lexington KY; 40512-4560

This will follow up on our recent conversation. I had requested that you request in writing which documents you are requesting for the completion of your calculation of the benefits due pursuant to your prior determination. I have not received a response as of todays date

You may email   your letter to "Repstein@greyandgrey.com

Very truly yours,

Ronald L. Epstein

DCN: 130426102663 PAGE: 001 SEQUENCE: SWF0426201303897001

VALENTINE 000878

APR-05-2013 06:06 PM Aetna 954-452-4034                                    1/3

## WORKABILITY <u>CENTRALIZED</u> DOCUMENTS

Account Name:        Hubbard Broadcasting, Inc.

Date:                4/5/13

Claimant's Name:     Carol Valentine

SSN:                 XXX-XX-0857

Claim #:             5464356


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## Index the document as **Correspondence Appeals &** assign it to:        **Ana Molina**


*In the Image Note* please add the following document description:

   a. _____Appeal Request Letter

   b. _____Appeal File

   c. _____Letter or correspondence

   d. ___X__ Request for plan doc and claim file w/UPS label

   e. _____Miscellaneous


OCN: 130405188973 PAGE: 001 SEQUENCE: SAF0408201300009001

VALENTINE 000879

UPS CampusShip: Shipment Label

UPS CampusShip: View/Print Label

1. Ensure there are no other shipping or tracking labels attached to your package. Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. Fold the printed sheet containing the label at the line so that the entire shipping label is visible. Place the label on a single side of the package and cover it completely with clear plastic shipping tape. Do not cover any seams or closures on the package with the label. Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. GETTING YOUR SHIPMENT TO UPS
UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.
Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
Hand the package to any UPS driver in your area.
Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

Customers with a Daily Pickup
Your driver will pickup your shipment(s) as usual.

FOLD HERE

BEVERLY SMART
954-493-2579
AETRA
3600 SW 80TH TERRACE
PLANTATION FL 33324

3 LBS 1 OF 1
DWT: 15,11,3

SHIP TO:
ATTORNEYS AT LAW
(516) 249-1342
GREY & GREY, L.L.P.
360 MAIN STREET
ATTENTION: RONALD L. EPSTEIN
FARMINGDALE NY 11735-3507

NY 118 9-01

UPS 2ND DAY AIR 2
TRACKING #: 1Z 2XA 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 6787

BILLING: P/P

Reference # 1: 11637

CS 15.11.1 ... 04/2013

https://www.campusship.ups.com/cship/create?ActionOriginPair=default___PrintWindo... 04/05/2013

VALENTINE 000881

Case 2:14-cv-01752-JFB-GRB   Document 27-5   Filed 11/21/14   Page 44 of 76 PageID #: 1118

DCN: 13040208J096 PAGE: 001 SEQUENCE: SAF040220130027001

## WORKABILITY CENTRALIZED DOCUMENTS

Account Name: __Hubbard Broadcasting, Inc.__

Batched By: _____

Date: _____

Claimant's Name: __Carol Valentine__

SSN: _____

Claim #: __5464356__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Index the document as Correspondence Appeals & assign it to: __Ana Molina__

*In the Image Note* please add the following document description:

a. _____ Appeal Request Letter

b. _____ New information for peer review addendum

c. _____ Copy of claim file for peer review

d. _X_ Appeal File

e. _____ Tolling letter or correspondence to claimant

f. _____ Request for plan doc or claim file

g. _____ Miscellaneous

h. _____ Plan/Policy copy

APR-02-2013 01:06 PM Avaya 954-452-4094

DCN: 110-020-07096 Pref: 003 Sequence: 5AF0402020130001700[1]

# aetna

PO Box 14578
Lexington, KY 40512-4578
Ann Molina
Senior Appeal Specialist
Complaints, Grievances and Appeals
Phone: 1-866-326-1380
Fax: 1-855-733-1262

** MAINTAIN A COPY OF THIS LETTER FOR YOUR RECORDS **

04/02/2013

Grey & Grey, L.L.P.
Attorneys at Law
360 Main Street
Attention: Ronald L. Epstein, Esq.
Farmingdale, NY 11735

Employer:          Hubbard Broadcasting, Inc.
Employee:          Carol Valentine
Disability Claim Case No: 5464356

Dear Mr. Epstein:

The Hubbard Broadcasting, Inc. Long Term Disability (LTD) group policy is underwritten by Aetna Life Insurance Company (Aetna).

This confirms our receipt of your letter, dated March 25, 2013, in which you submitted additional records in support of Ms. Valentine's appeal for the termination of the LTD benefits.

According to the Hubbard Broadcasting, Inc. LTD group policy:

"This Plan will pay a Monthly Benefit for a period of disability caused by a disease or injury. There is an elimination period. (This is the length of time during a period of disability that must pass before benefits start.)

Test of Disability
From the date that you first become disabled and until Monthly Benefits are payable for 24 months, you will be deemed to be disabled on any day if:

• you are not able to perform the material duties of your own occupation solely because of: disease or injury; and
• your work earnings are 80% or less of your adjusted predisability earnings.

After the first 24 months that any Monthly Benefit is payable during a period of disability, you will be deemed to be disabled on any day if you are not able to work at any reasonable occupation solely because of:

• disease; or"

Short term and Long term disability insurance policies and disability benefit plans are offered, administered or underwritten by Aetna Life Insurance Company (Aetna).

VALENTINE 000883

VALENTINE 000884

injury.

*If your own occupation requires a professional or occupational license or certification of any kind, you will not be deemed to be disabled solely because of the loss of that license or certification."*

The policy also states:

*"When Benefits Are Payable*
*Monthly benefit will be payable if a period of disability:*
*• starts while you are covered, and*
*• continues during and past the elimination period.*

*These benefits are payable after the elimination period ends for as long as the period of disability continues."*

Our records show the first date Ms. Valentine was absent from work was December 14, 2011. Her LTD effective date was June 11, 2012. However, due to a lack of medical findings to support her inability to perform the material duties of her own occupation, her LTD benefits were terminated, effective June 11, 2012.

In our letter, dated March 1, 2013, we informed you that we completed our review of your appeal request on behalf of Ms. Valentine's LTD benefits. The original decision to terminate Ms. Valentine's request for benefits, effective June 11, 2012 was partially overturned from June 11, 2012 through June 30, 2012. However, due to a lack of medical findings to support Ms. Valentine's inability to perform the material duties of her own occupation from July 1, 2012, the LTD benefits remained terminated, effective July 1, 2013. Ms. Valentine's employer was notified of this decision.

In our correspondence, dated March 1, 2013, we also communicated that you that if you disagreed with our determination, you or your client had the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act (ERISA) of 1974. You or your client has now exhausted the appeal procedures under the group policy; therefore, our decision is not subject to further administrative review. We also advised that you may write and ask us for copies of relevant claim documents free of charge.

In your letter, dated March 25, 2013, you advised that if we were not inclined to reopen the appeal claim, to accept your letter as a request for the entire claim file and all documentation, including electronic documents, and copy of the policy. Please note we are working on your request and a copy of the entire file and all documentation will be sent to you separately.

If you have questions regarding your client's claim or this decision, please do not hesitate to contact our office at 1-866-326-1380.

Sincerely,

Ana Molina
Senior Appeal Specialist
Aetna Life Insurance Company

aetna

PO Box 14560
Lexington, KY 40512-4560
ELIZABETH WING
LTD Claim Analyst
Phone 1-866-326-1380
Fax 1 866 667 1987

03/16/2013

CAROL VALENTINE
645 RTE 114
EAST HAMPTON NY - 11937

| | |
|---|---|
| Group Control No: | 0473282 |
| Employer: | Hubbard Broadcasting, Inc. |
| Employee: | MS. CAROL VALENTINE |
| Disability Claim Case No: | 5464356 |

Dear MS. CAROL VALENTINE:

The Hubbard Broadcasting, Inc. group policy (Policy) is underwritten by Aetna Life Insurance Company (Aetna). At this time, an updated *Authorization to Request Protected Health Information form* is needed from you in order to continue authorization of your LTD benefits.

Enclosed please find an Authorization to Request Protected Health Information form. Please return the completed form in the enclosed, self-addressed envelope. We would appreciate receipt of the completed forms by 04/15/2013.

Should you have any questions regarding your claim, please call 1 866 326 1380 and an Aetna Customer Service Representative will be happy to assist you.

Sincerely,

ELIZABETH WING
LTD Claim Analyst
Aetna Life Insurance Company

Enclosures:
Return Envelope
Authorization to Request Protected Health Information

0401120067

DCN: 130403128022 PAGE: 007 SEQUENCE: 0420130067

VALENTINE 000885

VALENTINE 000886

# GREY & GREY, LLP
## ATTORNEYS AT LAW

360 MAIN STREET
FARMINGDALE, NEW YORK 11735
Tel: (516) 249-1342

OFFICES AT:
227 BROADWAY - SUITE 600
NEW YORK, NY 10007
(212) 964-1342

118-21 QUEENS BLVD.
SUITE 615
FOREST HILLS, NY 11375
(718) 268-5300

SUFFOLK: PORT JEFFERSON
Tel: (631) 249-1342

DELIA M. MASON
N.Y.S. Lic. Reel Comp. Rep.

March 25, 2013

Claimant: Carol Valentine
Disability Claim Case No. 5464356
Employer: Hubbard Broadcasting, Inc.

VIA FACSIMILE (855)-733-1262

Aetna Life Insurance Company
Hubbard Broadcasting, Inc. Appeals
P.O. Box 14578
Lexington, KY 40512-4578

Att: Anna Molina, APPEALS UNIT

Dear Ms. Molina,

We are in receipt of your letter dated March 1, 2013 approving the claimant's claim for LTD for the period June 13, 2012 through June 31, 2012 and denying it thereafter.

In the interest of fairness, we request that you reopen the case and take a further look at the medical evidence as it is unclear that your medical review considered all of the medical evidence that was previously submitted. You indicate that the claimant's medical evidence substantiated disability for the elimination period and one month thereafter. This does not appear to make complete sense as the medical evidence submitted at the time of our appeal in December 2, 2012 included the extensive November 29, 2012 narrative of Dr. Sirois along with his office notes through September 19, 2012, none of which noted substantial improvement.

During the course of consideration of the appeal, you at no time advised us that you were seeking further medical records or that reviewing doctor was having difficulty reaching Dr. Sirois. Due to the extent of Dr. Sirois teaching and administrative duties, he has quite a limited schedule for his private practice and is generally only reachable on

VALENTINE 000887

DCN: 13031252264 PAGE: 007 SEQUENCE: SLF093252012000420001

Claimant: Carol Valentine
Disability Claim (Case No. 546356)

March 25, 2013
Page 2

Wednesdays. We would be glad to work with you to arrange for a telephone conference between Dr. Sirois and your reviewing Doctor if you would consider reopening your appeal.

In connection with this request for reopening I am including some updated progress notes of Dr. Sirois. I am also requesting your reviewing Doctor's report and the opportunity to obtain the comment of Dr. Sirois regarding this review.

If you are not inclined to reopen the appeal as set forth above, please accept this as a request for the entire claim file and all documentation, including electronic documents, and the policy, as are required to be produced upon request as set forth in the ERISA statute. If you have any questions, or wish to discuss this matter, please do not hesitate to contact the undersigned at your earliest convenience.

Respectfully Submitted

Ronald L. Epstein

# FAX TRANSMISSION

DAVID A. SIROIS, D.M.D., PH.D.
ORAL MEDICINE
131 East 38th Street New York, New York 10016
Tel: (212) 371-2100 FAX: (212) 371-7953
www.drsiroisny.com

TO: MATTY

FROM: DR. DAVID SIROIS

SUBJECT: CAROL VALENTINE

DATE: 2-13-13

FAX 516-586-6165

TOTAL # PAGES INCLUDING COVER: ______

Oral Maxillofacial Pathology-Radiology-Medicine • New York University College of Dentistry
Neurology • New York University School of Medicine
Diplomat, American Board of Oral Medicine

DCN: 130325122684 PAGE: 005 SEQUENCE: SAF0325201300041001

# PROGRESS NOTES

PATIENT NAME: Carol Valentine

| Date | Code | Treatment / Progress Notes |
|---|---|---|
| 11/28/12 | | [illegible] to [illegible] [illegible] |
| | | [illegible] pain management : [illegible] |
| | | [illegible] and discuss dental/ [illegible] status, |
| | | [illegible] |
| | | – [illegible] 15% [illegible] [illegible] |
| 1/5/13 | | Em – [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | Rx – [illegible] 10/22 |
| | | [illegible] 2-10 /60 |
| | | Xanax 0.5 /60 |
| 1/25/13 | | [illegible] |
| | | S: terrible [illegible] pain x [illegible] (R) [illegible] to |
| | | (L) occipital, ?? [illegible] |
| | | – [illegible] |
| [illegible] | | – still [illegible] (R) foot + hand |
| | | – [illegible] gone |
| | | [illegible] Xanax [illegible] great benefit but |
| | | [illegible] |
| | | Gaba 600/d |
| | | [illegible] 2-10 [illegible] |
| | | Ambien 10 [illegible] |
| | | [illegible] – [illegible] to |
| | | [illegible] + [illegible] → [illegible] |
| | | [illegible] – (1) No [illegible] → CANNOT 2° [illegible] |
| | | (2) [illegible] |
| | | (3) [illegible] |
| | | [illegible] 3 > 2 x 1 |

[illegible] – [illegible] Hauptman

VALENTINE 000889

CAROL VALENTINE

2/19/13 Replaced UR Bridge c̄ first "veneer" bridge to
Δ S/P condition. Good on [illegible]

2/13/13 RMH - WSC - OKE - [illegible]
LEFT ANTERIOR INTERPROXIMAL
CAC [illegible]. + 3 [illegible] - SCALING.
STR IN REMOVAL. PROPHY.
NV - 6 MRC
NP flare +/- [illegible]. but c/o [illegible] -
continue first month toward soln.
Agree to Rescue [illegible] - novel
T3 #40 [8] (JL)

```
03-25-14             - - - - - CLAIM STATUS - - - - -              JCP310  /4.020

CLAIM #    : XXXXX0857  STATUS : CLOSED  NAME : VALENTINE       , CAROL
MEMBER ID  :             DATE OF LOSS: 11-16-11   D.O.B./AGE : [redacted]   / 51
DIAGNOSIS  :                                                     EOI :

COVERAGE   : TRM1 BASIC TERM EMPLOYEES                    EX COV ST  : 1
BENEFIT    :              .00  PERM DIS   : NO            POL FORM   : NY
EFFECTIVE  : 11-01-11          PAID THRU  :               CSA        : 473282 10 000
COMPANY    : AE    - AET       STATE      : MN            RESERVE    :          .00
TOTAL PAID:              .00   PENDING PMT:          .00  TOT BEN AMT:             .00
COMMENT    : WKAB   ***ATTY REPRESENTATION***

  1 BEK 04-18-13 CLOSE-EXAM REQUEST
  2 BEK 04-17-13 MISC PW CORR ACS
  3 BEK 04-17-13 REOPEN-NEW INCURRED
  4 BEK 03-11-13 CLOSE-EXAM REQUEST
  5 BEK 03-08-13 MISC PW CORR ACS
   6 ACTION   POL/CERT XXXXX0857          1 OF    2    RELATED CLAIM :
 BROWSE: F
 PF1 - CLAIM STATUS  PF2 = PAYMENT                          PF4 = POLICY FORMS
 PF5 = STATUS ACTION PF6 = FOLLOWUPS     PF7 = PAY ACTION    PF8 = COMMENTS **
 PF9 = MORE POL/CERT PF10= MAINTENANCE   PF11= EXAMINER MENU PF12= HELP
```

VALENTINE 000891

```
03-25-14                 - - - - - CLAIM STATUS - - - - -                JCP310  /4.020

CLAIM #      : XXXXX0857   STATUS : CLOSED  NAME : VALENTINE          ,CAROL
MEMBER ID  :                DATE OF LOSS: 11-10-11    D.O.B./AGE : [redacted]  / 51
DIAGNOSIS :                                                             EOI :

COVERAGE    : TRM1 BASIC TERM EMPLOYEES                      PX COV ST  : I
BENEFIT     :              .00   PERM DIS   : NO             POL FORM   : NY
EFFECTIVE : 11-01-11          PAID THRU :                    CSA        : 473282 10 000
COMPANY     : AE    AET       STATE       : MN               RESERVE    :          .00
TOTAL PAID:              .00   PNDING PMT:           .00    TOT BEN AMT:          .00
COMMENT     : WKAB  ***ATTY REPRESENTATION***

  6 BEK 03-08-13 REOPEN-NEW INCURRED
  7 BEK 12-03-12 MISC CORR FROM AETNA            12-03-12
  8 BEK 12-03-12 REJECTED               NOT TOTALLY DISABLED
  9 BEK 12-03-12 CHANGE TAT DATE        NEW TAT 09-04-2012
                                        OLD TAT DATE 05-31-2012
  13 ACTION   POL/CERT XXXXX0857            1 OF    2   RELATED CLAIM :
BROWSE: F
PF1 - CLAIM STATUS   PF2 = PAYMENT                           PF4 - POLICY FORMS
PF5 = STATUS ACTION PF6 = FOLLOWUPS     PF7 = PAY ACTION     PF8 = COMMENTS **
PF9 = MORE POL/CERT PF10= MAINTENANCE  PF11= EXAMINER MENU PF12= HELP
```

VALENTINE 000892

```
03-25-14                        - - COMMENTS - -                     XCP345  /4.004
 CLAIM NO    :  XXXXX0857
 CLAIMANT    :  VALENTINE       ,CAROL       ,

   ADD      ADD     UPDT    UPDT
   DATE     WHO     DATE    WHO                COMMENT

 04-18-13 BEK  04-18-13 BEK WRAB- APPEAL PARTIALLY OVERTURNED 6/11/12-6/30/12
                            WOP DECISION DOES NOT CHANGE

 04-17-13 WKB  04-17-13 WKB CONTROL NUMBER RECEIVED IS
                            0473282

 04-17-13 WKB  04-17-13 WKB SUFFIX NUMBER RECEIVED IS
                            014

 04-17-13 WKB  04-17-13 WKB ACCOUNT NUMBER RECEIVED IS
                            00000
                    PF2  = ADD            PF3  = CHANGE
                    PF6  = NEXT PAGE      PF7  - PREV PAGE
                    PF10 = DIAG HIST      PF11 = RETURN        PF12 = HELP
```

```
03 25-14                    - - COMMENTS - -                    XCP34S  74.004
 CLAIM NO   :  XXXXX0857
 CLAIMANT   :  VALENTINE       , CAROL

   ADD      ADD     UPDT    UPDT
   DATE     WHO     DATE    WHO                        COMMENT
 04-17-13 WKB   04-17-13 WKB DISABILITY DATE IS
                             2011-12-14

 04-17-13 WKB   04-17-13 WKB WKAB CLAIM#
                             5464356

 04-17-13 WKB   04-17-13 WKB 998-984-397
                             2013-04-17

 04-17-13 WKB   04-17-13 WKB 998-985-306
                             2013-04-17

 03-11-13 BEK   03-11-13 BEK OUR DECISION

                   PF2  = ADD          PF3  = CHANGE
                   PF6  = NEXT PAGE    PF7  = PREV PAGE
                   PF10 = DIAG HIST    PF11 = RETURN        PF12 = HELP
```

```
03-25-14                          - - COMMENTS - -                    XCP345   74.004
  CLAIM NO   :  XXXXX0857
  CLAIMANT   .  VALENTINE        ,CAROL        ,

    ADD      ADD     UPDT    UPDT
    DATE     WHO     DATE    WHO                   COMMENT
  03-11-13 BEK   03-11-13 BEK WKAB- LTD OVERTURNED 3/1/2013- APPEAL
                              WOP DECISION DOES NOT CHANGE-EE DID NOT APPEAL

  03-08-13 WKB   03-08-13 WKB CONTROL NUMBER RECEIVED IS
                              0473282

  03-08-13 WKB   03-08-13 WKB SUFFIX NUMBER RECEIVED IS
                              014

  03-08-13 WKB   03-08-13 WKB ACCOUNT NUMBER RECEIVED IS
                              00000

  03-08-13 WKB   03-08-13 WKB DISABILITY DATE IS
                              2011-12-14
                         PF2  - ADD           PF3  = CHANGE
                         PF6  - NEXT PAGE     PF7  = PREV PAGE
                         PF10 = DIAG HIST     PF11 - RETURN        PF12 = HELP
```

03-25-14 - - COMMENTS - - XCP345 74.004

CLAIM NO : XXXXX0857

CLAIMANT : VALENTINE ,CAROL

| ADD DATE | ADD WHO | UPDT DATE | UPDT WHO | COMMENT |
|---|---|---|---|---|
| 03-08-13 | WKB | 03-08-13 | WKB | WKAB CLAIM# 5464356 |
| 03-08-13 | WKB | 03-08-13 | WKB | 998-987-397 2013-03-08 |
| 03-08-13 | WKB | 03-08-13 | WKB | 998-988-306 2013-03-08 |
| 12-03-12 | ACS | 12-04-12 | BFR | DCN BPR121203163663 DENIAL LETTER |
| 12-03-12 | ACS | 12-03-12 | ACS | 998-989-048 2012-12-03 |

PF2 = ADD PF3 = CHANGE
PF6 = NEXT PAGE PF7 = PREV PAGE
PF10 = DIAG HIST PF11 = RETURN PF12 = HELP

# AETNA LIFE CLAIM & PREMIUM WAIVER

## BATCH SCAN HEADER FOR BACKEND IMAGING

☐ Priority Job
☐ Pre-Index

☐ Batch Request
☒ Individual Deceased/Claimant's **SSN 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**

**Requested Date** 03/25/14
GHD

PREMIUM WAIVER & LIFE NEW

| PREMIUM WAIVER NEW (PN) | LIFE NEW (LN) |
|---|---|
| ☐ 046 | ☐ 041 Proof of Death<br>☐ 042 Accelerated Death Benefit<br>☐ 043 Accidental Dismemberment/Personal Loss<br>☐ 044 AD&D Coma Benefit |

PREMIUM WAIVER & LIFE EXISTING

| PREMIUM WAIVER EXISTING (PE) | LIFE EXISTING (LE) |
|---|---|
| ☐ 048 | ☒ 048 |

AETNA RECEIVED DATE <Date>

UPS TRACKING NUMBER <UPS Tracking #>

VALENTINE 000898

# aetna

# Fax Message

| | |
|---|---|
| **To:** | acs |
| **Fax:** | 18002386239 |
| **From:** | Drake, Gail H |
| **Date:** | 3/25/2013 8:48 AM |
| **Pages:** | 1 of 8 (including this page) |
| **Subject:** | |

Disclaimer:

This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone number above.

NOTICE TO RECIPIENT(S) OF INFORMATION:

Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

VALENTINE 000899

Gail Droke
Consultant
Aetna Life Insurance Company
151 Farmington Ave, RT32
Hartford CT 06156-3007
Phone 860-808-3235
Fax 860-754-1391
Email DRAKEGH@Aetna.com
Click on the link below to learn more about Aetna Life Essentials
http://www.aetna.com/group/aetna_life_essentials/life/services.htm

VALENTINE 000900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X

Carol Valentine

                    Plaintiff,

        -against-

Aetna Life Insurance Company

                    Defendants.

-----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 13 2014 ★
LONG ISLAND OFFICE

**COMPLAINT**
Civil Action
Docket #

CV 14 1752

BROWN M.J.

Plaintiff Carol Valentine, complaining of the defendant, by her attorneys, GREY & GREY, L.L.P., respectfully alleges and shows this Court:

Statement of Jurisdiction

1.   That this action arises under the Employee Retirement Income Security Act of 1974, U.S.C., Title 29 § 1132(e). (hereinafter "ERISA").

Facts

2.   That prior to December 20, 2011, the plaintiff, who resides at East Hampton, NY, was employed by Hubbard Broadcasting and/or its subsidiaries and predecessor corporations (hereinafter collectively referred to as "Hubbard").

3.   As a Hubbard employee she was the beneficiary of a Long Term Disability Policy, administered by defendant Aetna Life Insurance Company, and/or its subsidiaries and predecessor corporations (hereinafter referred to as "AETNA").

Case 2:14-cv-01752-JFB-GRB   Document 27-5   Filed 11/21/14   Page 63 of 76 PageID #: 1137

VALENTINE 000901

4.   That upon information and belief, HUBBARD, as part of its employee benefit plan, adopted and/or issued a group long-term disability benefits policy issued and/or administered by Defendant AETNA.

5.   That upon information and belief Defendant issued a long-term disability benefits policy, which is subject to the provisions of ERISA.

6.   That upon information and belief, at all times hereinafter mentioned, the Plaintiff was a qualified and vested participant under Defendant's Group Long Term Disability Plan and/or Policy (hereinafter referred to as "The Plan").

7.   That upon information and belief, Defendant was the administrator and/or insurer of The Plan.

8.   That the plaintiff was a beneficiary under The Plan.

9.   That on or about December 20, 2011, the Plaintiff became disabled within the provisions of The Plan.

10.  That upon information and belief, the Plaintiff has fully complied with all conditions precedent for receipt of long-term disability benefits issued by Defendant.

11.  That upon information and belief, all of the benefits due to the Plaintiff in accordance with the policy issued by Defendants were and are and vested and Non-forfeitable.

12.  That upon information and belief, the Plaintiff's claims for long-term disability benefits has been assigned Claim Number 5465566.

13.  That AETNA initially issued Claim Number 946556.

VALENTINE 000902

14.   That the Plaintiff provided a timely appeal of Defendant's denial of her claim for continuing long-term disability benefits and submitted additional medical, vocational and testimonial evidence for review.

15.   That on or about March 1, 2013, Aetna partially reversed the initial decision to deny Plaintiff's claim for continuing long-term disability benefits finding that she was disabled only through July, 2012 and that there was insufficient medical evidence of a disability beyond that date. This provided the claimant one month of benefits beyond the elimination period provided by the plan

16.   Subsequent to the March 1, 2013 letter, the Plaintiff provided its letter of March 25, 2013 which requested a reconsideration of the unfavorable portion of the decision as it was not consistent with the medical previously in the file and additionally providing further evidence in support of the claim.

17.   Thereafter, the Defendant provided its letter of April 25, 2013 which declined to reconsider the claim.

18.   The Defendant has indicated to the Plaintiff that the decision on appeal was final and that no further administrative appeals were available. Therefore, denial of the Plaintiff's claim for continuing long-term disability benefits subsequent to July 2013. Defendants has become administratively un-appealable under "THE PLAN".

19.   That upon information and belief, the Plaintiff has exhausted all the

VALENTINE 000903

Administrative remedies established by Defendant.

20. That the plaintiff has been and remains disabled within the meaning of THE PLAN.

First Cause of Action
Action Under ERISA

21. That the Plaintiff repeats and re-alleges each and every allegation contained in the paragraphs numbered "1" through "20" herein with the same force and effect as though each was fully set forth at length below.

22. That the Defendant have wrongfully, and in an arbitrary and capricious manner, denied the plaintiff the employee welfare benefits due to her pursuant to THE PLAN under claim 546336 in violation of the provisions of ERISA.

23. That Defendant had a duty to fairly, properly, equitably and fairly administer its long term disability benefits pursuant THE PLAN.

24. That by wrongfully denying the plaintiff the long-term disability benefits for which he was eligible, Defendant breached it fiduciary duty as the plan's administrator.

WHEREFORE, the Plaintiff requests judgment against the defendant as follows:

1. Payment of all benefits due under the terms of the long-term disability benefits policy issued by Defendant.

2. Payment of continuing benefits under the terms of the policy.

3. A declaration that all rights and benefits due to the plaintiff are vested and non-forfeitable or, in the alternative, a monetary judgment in the amount of all sums due and owing.

4. Prejudgment interest from the time the plaintiff's benefits were denied.

5. Attorneys' fees, court costs and all other reasonable costs incurred.

6. Such other and further relief as this Court may deem just and proper.

Dated: March 17, 2014
Farmingdale, NY

Ronald L. Epstein

Ronald L. Epstein ( 70)
GREY & GREY, L.L.P.
Attorneys for the Plaintiff
360 Main Street
Farmingdale, NY 11735
(516) 249-1342

2

# PLAINTIFF'S
# EXHIBIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
CAROL VALENTINE,

Plaintiff,                          Civil Action No.:
                                                        14-CV-1752 (JFB)(GRB)
-against-

AETNA LIFE INSURANCE COMPANY,                    DEFENDANT'S RESPONSES TO
                                                 PLAINTIFF'S REQUEST FOR
                                                 DOCUMENTS

Defendant.
----------------------------------------X

Defendant Aetna Life Insurance Company ("Aetna"), by and through its attorneys, Sedgwick LLP,

responds to Plaintiff's Request For Documents (the "Requests") to Aetna as follows:

## GENERAL OBJECTIONS

Each of the Plaintiff's Requests for Production, including the definitions and instructions relative

thereto, are responded to subject to the General Objections as set forth below. These objections form a

part of Aetna's responses to Plaintiffs' Requests, although they may not be specifically referred to in each

and every response to each request for production. These General Objections are incorporated by reference

into the following specific objections and responses. Any objection or response by Aetna is made without

waiver of, and subject to, these General Objections.

1.      Aetna's responses to the Requests are based upon documents and information presently

available. By producing or referring Plaintiffs to documents in response to the Requests, Aetna does not

concede the admissibility of any document produced or that the document is original, true, accurate,

complete or authentic.

2.      By producing documents responsive to the Requests, Aetna does not concede that any

documents produced in response to the Requests should be included in the administrative record,

previously produced Bates stamped as VALENTINE 000001 – VALENTINE 000837. Aetna specifically

objects to the addition of any and all of the documents being produced herewith, Bates stamped as VALENTINE 000838 – VALENTINE 000904, to the administrative record.

3.     Aetna objects to all Requests to the extent that they purport to require disclosure of (i) legal theories, legal opinions, mental impressions or other information of Aetna's counsel, (ii) any information protected by any privilege, including without limitation the attorney-client privilege, the joint defense privilege, the privilege accorded to settlement negotiations, the first amendment privilege, the trade secret or proprietary information privilege, or (iii) any other available or valid grounds for withholding information or documents from production, including without limitation the attorney work product doctrine.

4.     Aetna states that it will not produce any confidential information or documents responsive to these document requests until a confidentiality and protective order is issued by the Court preventing proprietary, confidential, business-sensitive documents and/or information protected by state and federal laws from disclosure or use outside of this litigation, including but not limited to information protected by common law privacy protections, the Health Insurance Portability and Accountability Act of 1996, the Gramm-Leach-Bliley Act of 1999 and CONN. GEN. STAT. §31-128f.   Once an appropriate confidentiality/protective order is issued by the Court, Aetna will produce responsive documents on a rolling basis in an appropriate electronic format to be agreed upon by the parties.

5.     Aetna objects to Plaintiff's definitions, instructions and requests for documents to the extent they attempt to alter, expand or otherwise modify the requirements or obligations imposed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern and Eastern Districts of New York (the "Local Rules").

6.     Aetna objects to all Requests to the extent they seek the production of documents and things that are not in the possession, custody or control of Aetna, and are, therefore, beyond the scope of discovery allowed pursuant to Federal Rules of Civil Procedure 26, 33 and 34.

7.     Aetna objects to all Requests to the extent that they seek litigation or trial strategy materials.

8.     Aetna objects to Plaintiff's Requests generally on the grounds that they are overly broad, unduly burdensome and seek production of documents that are not relevant to the issues before the Court and are not reasonably calculated to lead to the discovery of admissible evidence.

9.     Aetna objects to all Requests to the extent they seek documents or materials already within Plaintiff's possession or control or is more easily available to it, on the grounds that such requests are unduly burdensome and oppressive.

10.    Aetna objects to all Requests to the extent they request documents or materials that are not relevant to the issues before the Court and are not reasonably calculated to lead to the discovery of admissible evidence.

11.    Aetna objects to all Requests to the extent that they are vague, ambiguous, repetitive, unintelligible, and/or convoluted so as to render it impossible to respond in any reasonable manner.

12.    Aetna objects to all Requests to the extent that they seek documents that were not generated, created, or prepared by Aetna.

13.    Discovery is on-going and Aetna expressly reserves the right to amend or supplement its response to Plaintiff's Requests.

## SPECIFIC RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION

### Request for Production No.1:

All documents alleged to be missing from the Administrative Record as follows:

A.  All documentation including correspondence, emails, soap notes handwritten notes and all other documents of any kind relating to Aetna's April 2, 2013 decision not to reopen the claim in connection with the plaintiff's March 25, 2013 request to do so.

B.  All documentation relating to the claim in any form for the period between March 1, 2013 and the company's payment of the partial proceeds in November, 2013, including emails, soap notes and all written and electronic documents.

C.  All other documentation of any type, not previously provided, which names Carol Valentine.

Response To Request for Production No. 1:

Aetna objects to this Request to the extent that it: (a) is overly broad and unduly burdensome; (b) seeks information not properly discoverable given the needs and issues of this ERISA case under Fed. R. Civ. P. 26(b); (c) seeks information that is not relevant and not likely to lead to discovery of admissible evidence; (d) seeks confidential, proprietary and business-sensitive information; and (e) seeks information or documents protected by the attorney-client privilege or work product doctrine. Subject to and without waiving the foregoing objections, Aetna refers Plaintiff to the documents being produced herewith, Bates stamped as VALENTINE 000838 – VALENTINE 000904. Although Aetna is producing documents responsive to this Request, Aetna specifically objects to the characterization of these documents as "missing from the Administrative Record" and maintains that the Administrative Record in this matter is properly limited to the documents previously produced with Aetna's Initial Disclosures, Bates stamped as VALENTINE 000001-000837.

Request for Production No. 2:

Documentation in addition to the alleged administrative record as follows:

A. Documentation showing the Gross annual Premiums received by Aetna from Hubbard Broadcasting for 2013 and 2012.

B. Documentation showing the gross payments made in 2012 and 2013 by Aetna to the following individuals and the entities that retained such individuals to prepare to prepare a report for Aetna (ie the IME companies retained by Aetna to prepare the reports of the Doctors)

    1)    Steven Crate and "CRC"

    2)    Chun Kin MD

    3)    Stuart Rubin MD

C. Any documents, including policy manuals, memorandum, "scope", instructions memorializing Aetna's policy for reopening appeals upon the request of the claimant or the receipt of additional evidence.

D. All documentation of communications of any date between Hubbard and Aetna with regard to the administration of Hubbard's Long Term Disability Program.

**Response To Request for Production No. 2, Subpart A:**

Aetna objects to this Request on grounds that it: (a) seeks information not properly discoverable given the needs and issues of this ERISA case under Fed. R. Civ. P. 26(b); (b) seeks information that is not relevant and not likely to lead to discovery of admissible evidence; and (c) seeks confidential, proprietary and business-sensitive information.

**Response To Request for Production No. 3, Subpart B:**

Aetna objects to this Request to the extent that it: (a) is vague and ambiguous; (b) is overly broad and unduly burdensome; (c) seeks information not properly discoverable given the needs and issues of this ERISA case under Fed. R. Civ. P. 26(b); (d) seeks information that is not relevant and not likely to lead to discovery of admissible evidence; and (e) seeks confidential, proprietary and business-sensitive information.

**Response To Request for Production No. 4, Subpart C:**

Aetna objects to this Request to the extent that it: (a) is overly broad and unduly burdensome; (b) seeks information not properly discoverable given the needs and issues of this ERISA case under Fed. R. Civ. P. 26(b); (c) seeks information that is not relevant and not likely to lead to discovery of admissible evidence; (d) seeks confidential, proprietary and business-sensitive information; and (e) seeks information or documents protected by the attorney-client privilege or work product doctrine. Subject to and without waiving the foregoing objections, Aetna refers Plaintiff to the documents being produced herewith, including the letter dated April 2, 2013, Bates stamped as VALENTINE 000883 – VALENTINE 000884.

**Response To Request for Production No. 5, Subpart D:**

Aetna objects to this Request to the extent that it: (a) is overly broad and unduly burdensome; (b) seeks information not properly discoverable given the needs and issues of this ERISA case under Fed. R. Civ. P. 26(b); (c) seeks information that is not relevant and not likely to lead to discovery of admissible evidence; and (d) seeks confidential, proprietary and business-sensitive information. Subject to and without

waiving the foregoing objections, Aetna refers Plaintiff to the documents being produced herewith, Bates stamped as VALENTINE 000838 – VALENTINE 000904, and the Administrative Record documents previously produced with Aetna's Initial Disclosures, Bates stamped as VALENTINE 000001-000837.

Dated: New York, New York
August 12, 2014

Respectfully submitted,

Richard H. Bernstein
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, New York 10281
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
*Attorneys for Defendant*

To:

Ronald L. Epstein
Grey & Grey, LLP
360 Main Street
Farmingdale, NY 11735
(516) 249-1342

CERTIFICATE OF SERVICE

I, Julie Kim, hereby certify and affirm that a true and correct copy of the attached DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR DOCUMENTS (with documents Bates stamped VALENTINE 000838 – VALENTINE 000904) was served via Regular Mail on August 12, 2014, upon the following:

Ronald L. Epstein
Grey & Grey, LLP
360 Main Street
Farmingdale, NY 11735
(516) 249-1342

JULIE KIM (JK 5700)

Dated: New York, New York
August 12, 2014

PLAINTIFF'S
EXHIBIT
3

**AETNA LIFE INSURANCE COMPANY**
P.O. Box 189148
Plantation FL 33318-9148 USA
*001481*J011D04*002970*

| | | | |
|---|---|---|---|
| Pay Group: | LIM-Hubbard Broadcasting (LTD/INS) | Claim No.: | 5464356 |
| Earnings Begin Date: | 06/11/2012 | Check #: | **2527374** |
| Earnings End Date: | 06/30/2012 | Check Date: | 11/06/2013 |

CAROL M VALENTINE
645 RTC 114
EAST HAMPTON NY 11937

| | |
|---|---|
| Employee ID: | 00582342 |
| EOB No.: | 14323232 |
| Days Paid: | 0 |

| TAX DATA: | Federal | MN State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## BENEFIT INFORMATION

-----Benefits under Your Plan-----

| | |
|---|---|
| Benefit Salary:(amount from which benefits are calculated) | 0.00 |
| Benefit Percentage of Earnings Under Your Plan: | 60% |
| Benefit Amount:<br>*This amount may reflect adjustments to your benefit. Please contact customer service with any questions.* | *5830.20 |
| Minimum Benefit Under Your Plan: | 0.00 |
| Maximum Benefit Under Your Plan: | 400.00 |
| Frequency: | WEEKLY |

## BENEFITS BEING PAID FOR THIS PAY PERIOD

| Description | Amount | Pay Period |
|---|---|---|
| Benefit Amount: | 5830.20 | 0 days |

## OFFSET INFORMATION

-----Offsets applied to your benefit for this pay period-----

| Description | Amount | Pay Period |
|---|---|---|

## HOURS AND EARNINGS

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Gross Benefit | | | 5,830.20 | | 13,608.20 |
| Non-Taxable | | | 0.00 | | 1,170.00- |
| Unemployment Benefit | | | 0.00 | | 7,000.00- |
| Other Employer Income | | | 0.00 | | 1,169.80 |
| Minimum Benefit Credit | | | | | |
| Total: | | | 5,830.20 | | 6,608.00 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 5,830.20 | 0.00 | 0.00 | 0.00 | 5,830.20 |
| YTD: | 6,608.00 | 0.00 | 0.00 | 0.00 | 6,608.00 |

COMPANY MESSAGE: IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT, PLEASE FEEL FREE TO CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT (866)326-1380.

## NET PAY DISTRIBUTION

| | |
|---|---|
| Check #2527374 | 5,830.20 |
| Total: | 5,830.20 |

NON-NEGOTIABLE

20131106 001481 Env [1,F24] 2 of 2